MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**September 12, 2025**

Honorable Peggy Kuo
U.S. Magistrate Judge
Eastern District of New York
40 Foley Square Ave,
New York, New York 10007

   *Re:* ***Gemane Nettles v. CRD Brothers LLC et al***
     ***Civil Action No.:1:25-cv-01875-PK***
     ***Joint Notice of Settlement***

Dear Honorable MAgistrate Judge Kuo,

  We represent Plaintiff in the above-styled action.

  Pursuant to the Court's August 26, 2025 Scheduling Order, the parties are directed to participate in the initial conference scheduled for September 17, 2025 and file the ancillary filings therewith. Paramount, the Plaintiff and Defendants file this notice to apprise Your Honor that the Parties have just reached a Settlement in Principle and are now encapsulating the terms within the requisite Settlement papers and agreements.

  Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a Final Stipulation of Dismissal could be filed within the coming sixty days as the exact terms are ironed out and the Settlement Papers are perfected.

  We thank you for the Court's time and attention to this matter.

          Most Respectfully,

         */s/ Maria Costanza Barducci*
         _____
         BARDUCCI LAW FIRM
         PLLC

         Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only